◾ In the Matter of TYRONE HOUSTON, Petitioner, v MELVIN L. HOLLINS, as Superintendent of Oneida Correctional Facility, Respondent. [700 NYS2d 891] —Proceeding unanimously dismissed without costs as moot (*see, Matter of Free v Coombe*, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Oneida County, Grow, J.) Present—Green, J. P., Lawton, Wisner, Scudder and Balio, JJ.